In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00210-CR
_____

MICHAEL CLINT WALLACE JR., Appellant

V.

THE STATE OF TEXAS, Appellee

**On Appeal from the 1A District Court**
**Tyler County, Texas**
**Trial Cause No. 13,018**

**ORDER**

Michael Clint Wallace Jr. appealed his conviction for continuous sexual abuse of a child. The court reporter informs the Court that part of the record might be lost. Appellant contends he timely requested the record, a significant portion of the record has been lost due to no fault of appellant, and the lost portions are necessary to the appeal's resolution. *See* Tex. R. App. P. 34.6(f). The State requests an abatement for

factual development of the record to determine if the records are truly lost or destroyed and appellant is entitled to a new trial.

It is, therefore, ordered that the appeal is abated and the case is remanded to the trial court for further proceedings to determine if: (1) the appellant has timely requested a reporter's record; (2) if, without the appellant's fault, a significant portion of the court reporter's notes and records has been lost or destroyed; (3) if the lost, destroyed, or inaudible portion of the reporter's record is necessary to the appeal's resolution; and (4) if the lost, destroyed, or inaudible portion of the reporter's record cannot be replaced by agreement of the parties. *See* Tex. R. App. P. 34.6(f). The trial court is directed to forward to the Court of Appeals a record of the proceedings conducted pursuant to this order, including a supplemental reporter's record containing any hearings conducted by the trial court and a supplemental clerk's record containing any orders and findings of fact and conclusions of law. The supplemental records are due January 17, 2020. The appeal will be reinstated without further order of this Court when the supplemental clerk's and reporter's records are filed.

ORDER ENTERED December 18, 2019.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

2